UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
----------------------------------x

UNITED STATES OF AMERICA           :

          -against-          :      **ORDER**

Nicholas Estrada                   :   Indictment No.:   09-00252-001


          Defendant.         :

----------------------------------x


      ORDERED AND ADJUDGED that Defendant's bail conditions be modified to allow Defendant to travel to El Salvador from October 11, 2010 and returning to the United States on October 25, 2010.

**SO ORDERED**

DATED: September 24, 2010,

_____
Hon. Susan D. Wigenton USDJ

{DK: WBGEN\00121527.DOC}